THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE ESTATE OF ROBERT PARDY<br>By SUSAN PARDY, Executrix, | : | |
| | : | |
| Plaintiff, | | |
| | : | Case No. 03-823C |
| v. | | |
| | : | |
| THE UNITED STATES OF AMERICA, | | |
| | : | |
| Defendant. | : | |

CONSENT MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO DISMISS AFTER THE DEADLINE

Plaintiff, the Estate of Robert Pardy, by Susan Pardy, Executrix, through counsel, hereby respectfully requests this honorable Court for leave to file its Opposition to Defendant's Motion to Dismiss after the deadline, and for reasons, states:

1. This matter stems from a dispute over the funds Plaintiff contends it is owed pursuant to a Grant issued by the United States Agency for International Development and the World Bank. The government filed its Motion to Dismiss on or about August 25, 2003.

2. Do to a calendaring error, undersigned counsel misconstrued the date Plaintiff's Opposition to the Government's Motion to Dismiss was due.

3. Additionally, as this matter has just recently been converted to the electronic case filing docket (ECF), undersigned counsel has encountered tremendous difficulties getting up to speed with all of the technological requirements necessary to electronically file a motion by ECF. Specifically, undersigned counsel has encountered difficulties obtaining scanners and scanning software to scan exhibits and convert files to PDF format.

4. As a result the foregoing difficulties, Plaintiff mistakenly failed to file its Opposition

Motion prior to the deadline.

5. Accordingly, Plaintiff requests leave to file its Opposition Motion after the deadline set by the rules of this Court.

6. Defendant shall not be prejudiced by the relief herein requested.

7. Counsel for Defendant consents to the relief sought by this Motion.

WHEREFORE, for the foregoing reasons, Plaintiff the Estate of Robert Pardy, by Susan Pardy, Executrix, respectfully requests this honorable Court to grant its Motion for Leave to File Its Opposition To Defendant's Motion to Dismiss After The Deadline.

Respectfully submitted,

s/ James C. Mehigan

James C. Mehigan
MACLEAY LYNCH GREGG & LYNCH, P.C.
1629 K Street, N.W.
Suite 1150
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)

October 9, 2003

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed, first-class, postage prepaid, this 9th day of October, 2003, to:

Brent McBurney, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 12074
Washington, DC 20005

s/ James C. Mehigan
James C. Mehigan