THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE ESTATE OF ROBERT PARDY<br>By SUSAN PARDY, Executrix, | : | |
| Plaintiff, | : | Case No. 03-823C |
| v. | : | |
| THE UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

PLAINTIFF'S NOTICE OF COMPLIANCE

Pursuant to the Court's Order of October 9, 2003, Plaintiff, the Estate of Robert Pardy, by Susan Pardy, Executrix, through counsel, hereby gives notice that it has signed its Consent Motion for Leave to File Opposition to Motion to Dismiss in accordance with CM/ECF instructions and has resubmitted said Motion in compliance with the Court's Order.

Respectfully submitted,

s/ James C. Mehigan

James C. Mehigan
MACLEAY LYNCH GREGG & LYNCH, P.C.
1629 K Street, N.W.
Suite 1150
Washington, DC 20006
(202) 785-0123
(202) 393-3390 (fax)

October 9, 2003

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed, first-class, postage prepaid, this 9th day of October, 2003, to:

Brent McBurney, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Room 12074
Washington, DC 20005

s/ James C. Mehigan
James C. Mehigan