## U.S. Government and World Bank Support Securities Commission

*Tbilisi*-- The National Securities Commission (NSC) will be launched on Thursday, May 4 through the signing of a Memorandum of Understanding (MOU) by Georgian and international supporters. Financial and technical assistance is provided by the United States Agency for International Development (USAID)--the development assistance agency of the U.S. government--the World Bank, and the government of Georgia.

President Eduard Shevardnadze will speak at the ceremony, as well as USAID/Caucasus Mission Director Michael Farbman and World Bank Resident Representative Joseph Owen. Representatives from the NSC, the Georgian Stock Exchange (GSE), the Georgian Securities Industry Association (GSIA), and leading members of the business community will also attend the ceremony.

USAID and the World Bank will provide the NSC with assistance for approximately two years by funding and administering the participation of two foreign commissioners, Robert H. Singletary and Robert Pardy, who have recently joined the NSC and will be at the ceremony. In addition, USAID will continue an extensive program of technical support, training, and public education to Georgia's securities market institutions.

The GSE began operations in March of this year, with expanded trading operations ongoing. The NSC, composed of five members, is the independent regulatory body created to adopt and apply regulations governing the GSE and to impose sanctions for violations of Georgian securities law. The MOU to be signed during the ceremony will address the accountability and the transparent safeguards established and regulated by the NSC in accordance with the "Law of Georgia on the Securities Markets."

Standards upheld by the NSC are an important way to provide confidence to domestic and foreign investors and to support the development of the Georgian stock market. With open and fairly regulated operations, the Georgian securities exchange will be able to attract more local and foreign capital, which will subsequently create employment opportunities and economic expansion.

The MOU signing ceremony will take place at 5:00 p.m. on Thursday, May 4 at the State Chancellery, 12th floor.

Please call 92-25-47 for more information.

Back to Press Releases, 2000