# In the United States Court of Federal Claims

No. 03-823 C
(Filed: January 28, 2004)

| | |
|---|---|
| **THE ESTATE OF ROBERT PARDY,** By Susan Pardy, Executrix | * |
| Plaintiff, | * |
| v. | * |
| **THE UNITED STATES,** | * |
| Defendant. | * |

## ORDER

On January 28, 2004, the Court heard oral argument on Defendant's Motion to Dismiss for lack of jurisdiction and for failure to state a claim upon which relief can be granted, pursuant to Rules 12(b)(1) and 12(b)(6), respectively, of the Rules of the Court (RCFC). At oral argument, Plaintiff conceded Counts I, III, and IV of its Complaint.

At the conclusion of oral argument, the Court ruled from the bench, denying that part of Defendant's motion based on jurisdiction, but **GRANTING** dismissal of the complaint for failure to state a claim with regard to Count II of Plaintiff's Complaint, "Breach of Contract - Third Party Beneficiary." The Court found that the grant agreement between the United States Agency for International Development and the World Bank was not a contract and that, therefore, Plaintiff's claim as a third party beneficiary is moot.

The Clerk of the Court is hereby **ORDERED** to dismiss Plaintiff's Complaint with prejudice.

s/ Chief Judge Edward J. Damich