# In the United States Court of Federal Claims

**No. 03-823 C**

**THE ESTATE OF ROBERT PARDY,**
**BY SUSAN PARDY, EXECUTRIX,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed January 28, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice.

Brian Bishop
Clerk of Court

**January 29, 2004** By: s/ Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.